IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISHMEL NORMAN,

    Plaintiff,

vs.                                                                        Civ. No. 19-773 KG/SCY

ALBUQUERQUE POLICE DEPT. OFFICERS
LAMARCUS STALLINGS, JOSHUA CHAFFIN,
and SGT. GUSTAVO GOMEZ,

    Defendants.

## FINAL ORDER OF DISMISSAL

Having granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint Under Rule 12(b)(6) on Qualified Immunity and Other Grounds (Doc. 9) by entering a Memorandum Opinion and Order contemporaneously with this Final Order of Dismissal,

IT IS ORDERED that this lawsuit is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE